UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05466
   YOLANDA A HARRINGTON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7088


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 03/27/2007 and was confirmed 08/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.16%.

     The case was dismissed after confirmation 02/28/2008.
---------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREATER CHICAGO FINANCE | SECURED VEHIC | 962.42 | 15.39 | 962.42 |
| AMERICAN SERVICE INSURAN | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN SERVICE INSURAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2324.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOCI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROSELAND HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONCOLL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| NCO COMMONWEALTH | UNSECURED | NOT FILED | .00 | .00 |
| NCO-MARLIN | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| RIDDLE & ASSOCITES | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| VENGROFF & WILLIAMS ASSO | NOTICE ONLY | NOT FILED | .00 | .00 |
| MICHAEL R NAUGHTON | UNSECURED | 819.48 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 299.25 | .00 | .00 |
| GREATER CHICAGO FINANCE | FILED LATE | .00 | .00 | .00 |
| FRIEDMAN & WEXLER | NOTICE ONLY | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 2,509.20 | | 86.36 |
| TOM VAUGHN | TRUSTEE | | | 74.69 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05466 YOLANDA A HARRINGTON

```
TRUSTEE                              1,138.86

PRIORITY                                                        .00
SECURED                                                      962.42
     INTEREST                                                 15.39
UNSECURED                                                       .00
ADMINISTRATIVE                                                86.36
TRUSTEE COMPENSATION                                          74.69
DEBTOR REFUND                                                   .00
                          ---------------   ---------------
TOTALS                         1,138.86         1,138.86
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 05/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE